ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00232-KES-BAM |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| DARREN SEVER, | |
| Defendant. | |

The parties, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Darren Sever ("the defendant"), file the following joint status report:

1.  A status conference in the above-referenced matter is set for October 22, 2025, at 1:00 p.m. ECF 35.

2.  The government believes that all discovery has either been produced to defense counsel or otherwise made available for defense counsel's review.  In August 2025, defense counsel and his expert reviewed the electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

3.  On October 14, 2025, defense counsel informed the government that he would like to set the case for trial.  The parties are conferring about their schedules and consulting with anticipated witnesses about their availability for trial.  By the time of the October 22 status conference, the parties anticipate having a proposed trial date.  The parties also anticipate

JOINT STATUS REPORT

requesting at the status conference for the Court to set a motions in limine briefing schedule.

4. The defendant will agree to exclude time under the Speedy Trial Act through the trial date for continued case preparation and continuity of counsel.

5. The defendant is not waiving his personal appearance at the status conference.

Dated:  October 15, 2025                   Respectfully submitted,
ERIC GRANT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  October 15, 2025                   /s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant

JOINT STATUS REPORT